**[J-77-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 86 MAP 2015
:
            Appellant : Appeal from the Order of Superior Court at
: No. 1502 MDA 2014 dated 6/24/15
: reversing and remanding the order of the
      v. : Montour County Court of Common Pleas,
: Criminal Division, at No. CP-47-CR-
: 0000029-2014 dated 8/11/14
DERECK MICHAEL MARTZ, :
:
            Appellee : SUBMITTED: April 25, 2016


**ORDER**


**PER CURIAM** **DECIDED: September 28, 2016**


    **AND NOW,** this 28th day of September, 2016, the above-captioned appeal is DISMISSED as having been improvidently granted.


    Justice Wecht did not participate in the consideration or decision of this case.